UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOYCE LOFTIN and GARLAND LOFTIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) NO. 3:23-cv-00844 |
| v. | )<br>) |
| SHANNON BLACKSTOCK and CHARTER COMMUNICATIONS, LLC, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 51). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE